HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY F. BINGHAM,<br><br>  Defendant,<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>  Garnishee. | No. 2:19-mc-00025-TSZ<br><br>**NOTICE OF DISMISSAL AND ORDER** |

**NOTICE OF DISMISSAL AND ORDER**
No. 2:19-mc-00025-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

Plaintiff-Petitioner LVB-Ogden Marketing LLC ("LVB"), by and through its undersigned counsel, hereby submits this notice of dismissal without prejudice of the above-captioned miscellaneous proceeding. A proposed order is being filed herewith. Garnishee is directed by Plaintiff, under the authority of Chapter 6.27 RCW, to fully release the writ of garnishment issued in this cause, and is relieved of its obligation to withhold funds or property of the Defendant pursuant to that writ.

DATED: June 11, 2019

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600 Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com

*Attorney for Plaintiff*

**NOTICE OF DISMISSAL AND ORDER** – 1
No. 2:19-mc-00025-TSZ

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

# ORDER

Pursuant to the Notice of Dismissal filed by Plaintiff-Petitioner LVB-Ogden Marketing Corporation ("LVB"), the above-captioned miscellaneous proceeding is hereby DISMISSED WITHOUT PREJUDICE. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2019.

_____
Thomas S. Zilly
United States District Judge

**NOTICE OF DISMISSAL AND ORDER** – 2
No. 2:19-mc-00025-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600